**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Matthew DellaBetta*
*Assistant United States Attorney*
*Matthew.DellaBetta@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*MAIN: 410-209-4800*
*FAX: 410-962-3091*

March 4, 2021

**VIA ECF**

The Honorable Paul W. Grimm
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   *United States v. Justin Antoine*, Criminal No. PWG-19-140

Dear Judge Grimm:

Justin Antoine is scheduled to be sentenced before the Court on March 18, 2021 at 12:00 p.m. Antoine trafficked large quantities of heroin and cocaine base, engaged in a gun battle where a bystander was shot, and murdered a sixteen-year-old boy in furtherance of the drug conspiracy. A sentence of **25 years of incarceration, followed by 5 years of supervised release**, will hold Antoine accountable for the pain and suffering he has inflicted, safeguard the community from the danger he poses, and deter other violent drug traffickers from such wanton violence. [1]

This case exemplifies the reciprocating violence and irreparable harm that spirals out from the illegal drug trade in Baltimore. As detailed in the parties' plea agreement (ECF 349) and the Presentence Investigation Report, from at least April 2018 through January 2019, Justin Antoine and numerous co-conspirators distributed large quantities of narcotics in the Edmondson Village community in Baltimore. On a regular basis, Antoine sold heroin and cocaine base that he obtained from co-conspirators, and he did so while armed with a firearm.

In early 2018, other drug traffickers from the neighborhood robbed Antoine. Antoine did not report the crime to the police. He did not stop dealing in illegal narcotics. Instead, Antoine took matters into his own hands. On the evening of May 8, 2018, Antoine went to the basketball courts at the Mary Rodman Recreation Center armed with a handgun. There, Antoine found one of the people he held responsible for robbing him, a sixteen-year-old boy, "J.D." While other kids were playing on the courts, Antoine walked up to J.D. at point blank range and shot him two times in the head, killing him. This was an assassination, plain and simple.

---

[1] Antoine pleaded guilty to Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846 (Count One). A mandatory minimum of 10 years of incarceration applies for this count. Antoine also pleaded guilty to Discharging a Firearm Resulting in Death During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and (j) (Count Two). A mandatory minimum consecutive sentence of 10 years of incarceration sentence applies to this count. The United States recommends that the sentence of 25 years of incarceration be structured such that 15 years is imposed on Count One and a consecutive sentence of 10 years is imposed on Count Two.

Following J.D.'s murder, Antoine did not hide or flee from the community. Instead, Antoine returned to selling narcotics. This continued without issue until October 15, 2018. On that day, Antoine was hanging out on the block where he normally sold drugs. Friends of J.D. drove past Antoine and began shooting at him. Antoine returned fire with his own gun. During this gun battle, an uninvolved bystander was struck by gunfire. That bystander required surgery for her injuries and to this day experiences significant pain caused by the gunshot.

Following the October gun battle, Antoine continued to sell narcotics, including at a fast-food restaurant where he worked in downtown Baltimore. Wiretap interceptions revealed that Antoine regularly brought drugs and his handgun with him to this job up until his arrest in January 2019.

Antoine's willingness to engage in violence also continued to escalate during this time. For example, on November 26, 2018, Antoine planned to rob an unlicensed taxi driver who Antoine believed refused to return a gun that he had left in the driver's vehicle. During a wiretapped call, Antoine said that if the driver gave him any issues during the robbery that he was "splatting that shit," meaning he would murder the driver. Another wiretapped call captured Antoine discussing his attempt to illegally purchase an assault rifle. Antoine remarked that he wanted the gun because it would "…put some shit down."

This pattern of conduct demonstrates Antoine's complete disregard for the lives of others and Antoine's readiness to hurt or kill anyone who poses a problem for him. An appropriate sentence must recognize the grave danger to the community that Antoine presents. The sentence must also recognize the terrible damage Antoine has inflicted.  No sentencing letter can describe the loss felt by the friends, family members, and other loved ones of J.D. When Justin Antoine completes his sentence in this case, those people will still be living with that loss. A significant sentence is also needed in this case to promote respect for the rule of law, reflect the seriousness of the offense, and promote general deterrence.  Therefore, this Court should sentence Justin Antoine to **25 years of incarceration, followed by 5 years of supervised release**.

Respectfully submitted,

John F. Lenzner
Acting United States Attorney

By:       /s/
Matthew DellaBetta
Assistant United States Attorney